IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| THUSHIYANTHAN KUNASINGAM,<br><br>*Petitioner,*<br><br>VS.<br><br>WARDEN, IAH Secure Adult Detention Facility, in official capacity; PAUL MCBRIDE, in official capacity as Field Office Director, U.S. Immigration and Customs Enforcement, Houston Field Office; TODD LYONS, in official capacity as Acting Director, U.S. Immigration and Customs Enforcement, MARKWAYNE MULLIN, in official capacity as Secretary, U.S. Department of Homeland Security; and TODD BLANCHE, in official capacity as Attorney General of the United States,<br><br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 9:26-CV-00404<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING PETITIONER'S**
**MOTION TO VOLUNTARY DISMISS HABEAS PETITION**

Before the Court is Petitioner's Motion to Voluntary Dismiss Habeas Petition. [Dkt. 7]. As stated in motion, Petitioner was removed from the United States and no longer wishes to pursue the habeas petition. Accordingly, Petitioner files the present motion seeking dismissal of this matter, without prejudice.

It is therefore **ORDERED** that Petitioner's Motion to Voluntary Dismiss Habeas Petition [Dkt. 7] is hereby **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the Parties shall bear their own attorneys' fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 18th day of November, 2026.**

Michael J. Truncale
United States District Judge